## Commonwealth *v.* McKee, Appellant.

Argued September 14, 1964. *Saul Leonard Friedman*, with him *Edwin Seave*, for appellant; *Vincent C. Veldorale*, Assistant District Attorney, with him *Thomas M. Reed*, Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Judgment of sentence affirmed.